BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
JACQUELYN M. FRANCO, ESQ.
Nevada Bar No. 13484
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
email: admin@sdlawoffice.net

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JAYLA JOHNSON and UNIQUE WILSON, | CASE NO.: |
| Plaintiffs, | |
| vs. | **PETITION FOR REMOVAL** |
| RICHARD LEON PEREZ; WAL-MART TRANSPORTATION, LLC; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:

Defendants respectfully petition the Court for an Order removing the above-entitled action to the United States District Court and allege as follows:

1. Mr. Perez and Wal-Mart Transportation, LLC are the Defendants in the above-entitled action.

/ / /

/ / /

1

2. The above-entitled action was commenced against Defendants on January 30, 2017, in the District Court, Clark County, Nevada; and is now pending in such Court as Case No.: A-17-750231-C.

3. A copy of the Summons and Complaint in Case No. A-17-750231-C was served on Wal-Mart Transportation, LLC, and Mr. Perez on January 31, 2017. Copies of the Summons, Complaint, and Proof of Service showing that the Complaint was served on Wal-Mart Transportation, LLC are attached hereto as Exhibit "A". Plaintiff's counsel has not yet received the affidavit of service for Mr. Perez. Once Plaintiffs provide it to Defendants, it will be provided to the Court. This Notice is filed with the Court within thirty days after service of the original Summons and Complaint in the above-entitled action.

4. The above action is an action for damages because of a motor vehicle accident wherein the amount in controversy exceeds the sum of $75,000.00. In further support, Defendants state as follows:

    A. Ms. Johnson is alleging:
        a. Neck and ongoing back injuries as a result of a motor vehicle accident;
        b. $112,000.00 in past medical bills;
        c. Future lumbar surgery;
        d. Future medical bills in an indeterminate amount;
        e. Lost income and lost earning capacity;
        f. Loss of household services; and
        g. Pain and suffering.

    B. Ms. Wilson is alleging:
        a) Neck and back injuries, along with headaches as a result of a motor vehicle accident;
        b) $162,000.00 in medical bills;
        c) Lost income and earning capacity;
        d) Loss of household services; and
        e) Pain & suffering.

///

1  6. Wal-Mart Transportation, LLC is a Delaware limited liability company and its principal place of business is located in the State of Arkansas.

7. Mr. Perez is a resident and citizen of the State of California.

8. There is diversity of citizenship between Plaintiffs and Defendants and this Court has jurisdiction over the above entitled action pursuant to 28 USC § 1332 and 28 USC § 1441.

WHEREFORE, Defendants request that the above-entitled action be removed from the District Court, Clark County, Nevada to this Court.

DATED this 21 day of February, 2017.

STEPHENSON & DICKINSON, P.C.

By: _____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
JACQUELYN M. FRANCO, ESQ.
Nevada Bar No. 13484
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
P: (702) 474-7229
F: (702) 474-7237
email: admin@sdlawoffice.net
Attorneys for Defendants