1  BRUCE SCOTT DICKINSON, ESQ.
   Nevada Bar No. 002297
2  JAMIESON N. POE, ESQ.
   Nevada Bar No. 008228
3  **STEPHENSON & DICKINSON, P.C.**
4  2820 West Charleston Boulevard, Suite B-17
   Las Vegas, Nevada 89102
5  Telephone: (702) 474-7229
   Facsimile:  (702) 474-7237
6  *email:  admin@sdlawoffice.net*

7  Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAYLA JOHNSON and UNIQUE WILSON, | CASE NO.: 2:17-cv-00517-JCM-VCF |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER TO STAY DISCOVERY** |
| RICHARD LEON PEREZ; WAL-MART TRANSPORTATION, LLC; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

On November 26, 2018, the parties will be mediating this case. The mediator is Greg Hafen. The parties request that the court enter a stay of discovery in order to allow the mediation to occur.

/ / /

/ / /

/ / /

/ / /

1

On or before November 30, 2018, the parties will file a status report regarding the mediation and further discovery if the matter does not settle.

Dated this 22nd day of October, 2018

STEPHENSON & DICKINSON

By: _/s/ Bruce Scott Dickinson_
BRUCE SCOTT DICKINSON
Nevada Bar No. 002297
JAMIESON N. POE, ESQ.
Nevada Bar No. 008228
2820 W. Charleston Blvd., Suite 17
Las Vegas, NV 89102
T: 702-474-7229
F: 702-4747237
Attorneys for Defendants

Dated this 22nd day of October, 2018

LADAH LAW FIRM

By: _/s/ Anthony Ashby_
ANTHONY ASHBY, ESQ.
Nevada Bar No.: 004911
JOSEPH C. CHU, ESQ.
Nevada Bar No. 011082
517 S. Third Street
Las Vegas, NV 89101
T: 702-252-0055
F: 702-248-0055
Attorneys for Plaintiffs

IT IS SO ORDERED this 22nd day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE