BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
JAMIESON N. POE, ESQ.
Nevada Bar No. 008228
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-17
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile:  (702) 474-7237
*email:  admin@sdlawoffice.net*

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAYLA JOHNSON and UNIQUE WILSON,<br><br>Plaintiffs,<br><br>vs.<br><br>RICHARD LEON PEREZ; WAL-MART TRANSPORTATION, LLC; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.:  2:17-cv-00517-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PRJUDICE** |

　　IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, JAYLA JOHNSON and UNIQUE WILSON, and Defendants, RICHARD LEON PEREZ and WAL-MART TRANSPORTATION, LLC, by and through their respective attorneys of record, that the above-entitled action be dismissed with prejudice.  Each party to bear their own costs and fees.

　　The parties further stipulate that the settlement proceeds will be placed into the Ladah Law Firm client trust account and will not be distributed until the Eighth Judicial District Court, Clark

1

County, Nevada enters a final Order in the interpleader case entitled *Ladah Law Firm, PLLC v. Johnson, et al* at Docket No. A-19-792474-C.

Dated this 2nd day of March, 2020           Dated this 2nd day of March, 2020

STEPHENSON & DICKINSON                      LADAH LAW FIRM

By: */s/ Bruce Scott Dickinson*             By: */s/ Anthony Ashby*
BRUCE SCOTT DICKINSON                       ANTHONY ASHBY, ESQ.
Nevada Bar No. 002297                       Nevada Bar No.: 004911
JAMIESON N. POE, ESQ.                       JOSEPH C. CHU, ESQ.
Nevada Bar No. 008228                       Nevada Bar No. 011082
2820 W. Charleston Blvd., Suite 17          517 S. Third Street
Las Vegas, NV  89102                        Las Vegas, NV  89101
T:  702-474-7229                            T:  702-252-0055
F:  702-4747237                             F:  702-248-0055
Attorneys for Defendants                    Attorneys for Plaintiffs

## ORDER

**It is so ordered this _____ day of _____, 20__.**

_____
**UNITED STATED DISTRICT COURT JUDGE**